# McDermott, Will & Emery

*A Partnership Including Professional Corporations*
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8000
Facsimile 202-756-8087
www.mwe.com

Gregory A. Krauss
Attorney at Law
gkrauss@mwe.com
202-756-8263

Boston
Chicago
London
Los Angeles
Miami
Moscow
New York
Orange County
Silicon Valley
Vilnius
Washington, D.C.

**VIA FEDERAL EXPRESS**

March 18, 2003

Honorable Paul W. Grimm
Magistrate Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:   *Cutting Edge Technologies, Inc. v. Nosyuiaido and SportZ International, Inc.*
           Civil Action No.: S01CV2855
           Our File No.: 62643-011

Dear Judge Grimm:

    Pursuant to your letter of February 11, 2003, on behalf of Cutting Edge Technologies, Inc. (CET) this is to confirm the need for a hearing in the above-captioned case as scheduled for April 10, 2003.

    Please allow me to make the following points in response to Mr. Perkins' March 14, 2003 letter to you:

- There was nothing improper about CET introducing exhibits at the aborted January 10, 2003 hearing. Judge Smalkin's October 16, 2002 Memorandum Opinion setting the hearing contemplated "the presentation of evidence and argument". (Mem. Op. at 4).

- At the conclusion of the aborted hearing, I did not "demand" that all CET's exhibits be returned. (Query how I could ever make such a "demand" of Judge Smalkin). I merely asked Judge Smalkin if my exhibits could be returned since CET had been forced to put on its entire case for naught. Judge Smalkin agreed, and issued an order to which Mr. Perkins consented. (See attached).

Honorable Paul W. Grimm
March 18, 2003
Page 2

- CET will be prejudiced if SportZ is given access to CET's hearing exhibits without any reciprocal exchange.

Respectfully submitted,

*Gregory A. Krauss*

Gregory A. Krauss, #25889

*Counsel for Cutting Edge Technologies, Inc.*

GAK:jeh
Enclosure
cc:   Patrick T. Perkins, Esquire (w/enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Cutting Edge Tech.*      :
       vs.            :     CIVIL NO.: S-01-2855
*Sport International,*    :
*Inc.*                    :     CRIMINAL NO.: _____

: : : : :

O R D E R

The above entitled case having come before the Court and certain physical exhibits having been offered by respective counsel, it is this *10th* day of *January*, *2003*, by the United States District Court for the District of Maryland,

ORDERED that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/~~GOVERNMENT'S EXHIBITS~~ | DEFENDANT'S EXHIBITS |
|---|---|
| X  *All* | X  *All* |
| _____ | _____ |
| _____ | _____ |

ALL PLAINTIFF'S/GOVERNMENT'S     ALL DEFENDANT'S EXHIBITS
EXHIBITS RETURNED  JAN 10 2003    RETURNED  JAN 10 2003

CONSENTED TO AND RECEIVED THE ABOVE INDICATED EXHIBITS THIS DATE:

COUNSEL FOR PLAINTIFF/GOVERNMENT:     COUNSEL FOR DEFENDANT(S):

*[signature]*                          *[signature]*

Date: _____                       ~~UNITED STATES DISTRICT JUDGE~~