*A Partnership Including Professional Corporations*
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8000
Facsimile 202-756-8087
www.mwe.com

Boston
Chicago
London
Los Angeles
Miami
Moscow
New York
Orange County
Silicon Valley
Vilnius
Washington, D.C.

**Gregory A. Krauss**
Attorney at Law
gkrauss@mwe.com
202-756-8263

# McDermott, Will & Emery

March 25, 2003

Honorable Paul W. Grimm
Magistrate Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

> RE: *Cutting Edge Technologies, Inc. v. Nosyuiaido and SportZ International, Inc.*
> Civil Action No.: S01CV2855
> Our File No.: 62643-011

Dear Judge Grimm:

Pursuant to your direction in today's conference call with counsel, attached is an Order relating to the January 10, 2003 hearing exhibits. Counsel for SportZ has agreed to the language in this Order.

Respectfully submitted,

*(signature)*

Gregory A. Krauss, #25889

*Counsel for Cutting Edge Technologies, Inc.*

GAK:jeh
Enclosure
cc:  Patrick T. Perkins, Esquire (w/enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CUTTING EDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPORTZ INTERNATIONAL, INC. <br><br> Defendant. | CIVIL ACTION NO.: S01CV2855 |

## ORDER

This matter is before the Court on issues raised in letters by counsel for SportZ International, Inc. (March 14, 2003) and Cutting Edge Technologies, Inc. (March 18, 2003) regarding exhibits from a truncated January 10, 2003 hearing before Judge Smalkin in this case. Upon review of the letters and in consideration of discussions via conference call with counsel on March 25, 2003, it is hereby ORDERED that:

Counsel for CET shall provide hearing exhibits from the January 10, 2003 hearing in this case to Court Reporter Paul Mackaro as soon as practicable;

Court Reporter Paul Mackaro is to prepare a transcript of the January 10, 2003 hearing and disseminate it to the Court and counsel no later than Monday, April 7, 2003;

Court Reporter Paul Mackaro shall return the subject hearing exhibits to counsel for CET and shall not attach the exhibits to the transcript or otherwise release or disseminate them to the parties or their counsel.

                                                                             Honorable Paul W. Grimm
                                                                             Magistrate Judge

cc: Gregory A. Krauss, Esq., Counsel for CET, Inc.
    Patrick T. Perkins, Esq., Counsel for SportZ International
    Paul Mackaro, Court Reporter