# McDermott, Will & Emery

*A Partnership Including Professional Corporations*
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8000
Facsimile 202-756-8087
www.mwe.com

**Gregory A. Krauss**
Attorney at Law
gkrauss@mwe.com
202-756-8263

Boston
Chicago
London
Los Angeles
Miami
Moscow
New York
Orange County
Silicon Valley
Vilnius
Washington, D.C.

April 9, 2003

Honorable Paul W. Grimm
Magistrate Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      RE:   *Cutting Edge Technologies, Inc. v. Nosyuiaido and SportZ International, Inc.*
             Civil Action No.: S01CV2855
             <u>Our File No.:  62643-011</u>

Dear Judge Grimm:

    Please be advised that Cutting Edge Technologies (CET) and SportZ International, Inc. (SportZ) have reached an agreement in principle to resolve the issues raised in Cutting Edge Technologies' pending Motion for Sanctions and Damages for Violation of Consent Judgment. The agreement in principle includes a withdrawal of the pending motion scheduled for a hearing tomorrow.

    I know Mr. Perkins joins me in thanking Your Honor for your time and assistance on this matter.

    Please feel free to contact me with any questions regarding the foregoing.

                                          Respectfully submitted,

                                          Gregory A. Krauss, #25889

                                          *Counsel for Cutting Edge Technologies, Inc.*

GAK:jeh
cc:    Patrick T. Perkins, Esquire