_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 2 4 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY BCF
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CUTTING EDGE TECHNOLOGIES | * | |
| Plaintiff | * | |
| v. | * | Case No.: S 01-2855 |
| NOISIYADO, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## INSTRUCTION FOR WRIT OF EXECUTION

Plaintiff Cutting Edge Technologies is in the business of marketing and selling Japanese swords and accessories. Defendant Nosyuiaido is Japanese sword maker. Plaintiff has a default judgment against Defendant in the principle amount of $1,545,338.40. Upon information and belief, Defendant has engaged The Musoshindenryu – Moorehead Dojo and Midwest Kendo Foundations ("Agents") to sell swords and other goods as set forth in more detail below at a private event (the "Event") being hosted at Concordia College, 901 8th Street South, Moorehead, Minnesota 56562 (the "Premises") on July 29, 30, and 31, 2011. An email advertising the Event is attached.

Plaintiff requests that representatives from the U.S. Marshall's Office meet with its representative at the Premises to seize all property belonging to Defendant in the control of Agents and deliver such property to Plaintiff's representative. Plaintiff anticipates that Attorney Marc Polland will be the representative that will meet the U.S. Marshalls at the Event. The U.S. Marshalls should feel free to call Mr. Polland at (205) 914-9748, or Plaintiff's Maryland counsel, Jan I. Berlage, at (410) 752-1261 (work phone) or (443) 857-7789 (cell phone) with any questions or concerns.

Plaintiff expects the following type of property belonging to Plaintiff, among others, to be at the Event:

1. *Iaito* – Zinc Aluminum Japanese training swords;
2. *Shinken* – Authentic Steel Japanese Swords;
3. *Sageo* – Tying cord;
4. *Fuchi/Kashira* – Sword fittings;
5. *Saya* – Sword scabbards;
6. *Tsuba* – Sword guards;
7. *Menuki* – Sword ornaments/handle furniture;
8. *Sageo* – Japanese armour;
9. Clothing;
10. Sword cleaning kits;
11. Books and videos; and
12. Other Japanese arts and goods.



# MUSO JIKIDEN EISHIN RYU

The forum for MJER under Ikeda Soke in the US

.Cpanel    .Members.    .Groups    .Messages    .Faq    Search    .Logout

## Noshudo in the US

New:Thread   Post:Reply    Muso-Jikiden-Eishin-Ryu.org Forum Index -> Iaido related products

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Emily Egan**<br><br>Joined: 13 Jul 2005<br>Posts: 489<br>Location: Friendswood, Texas<br>Dojo: Clear Lake Iaido<br>Instructor: John Ray | Post subject: Noshudo in the US    Quote<br><br>Today a seminar notice just appeared on the IAIDO-L email list. Nothing unusual about that, until I glanced through to the list of vendors, and noted that Noshudo of Seki City is one of the planned vendors. When I went to the website of the hosting group I saw this:<br>Quote:<br>Vendor: Nosyudo products available<br>posted Mar 2, 2011 9:59 AM by Bradley Anderson  [ updated Mar 8, 2011 4:59 PM ]<br>Mr. Igarashi of Nosyudo in Seki, Gifu Japan has expressed interest in selling some iaito and other iaido related goods at the seminar. I'm thinking we will have him send maybe 4 or 5 iaito of various lengths, some sageo, obi, and maybe cleaning kits or oil.<br><br>If anyone has any requests or would like to order an iaito ahead of time, please contact me directly and I'll set you up. I have the most current catalog of iaito and fittings, so in addition to the standard iaito he offers, we can build one to order if you like.<br><br>I can speak from experience that the quality of Mr. Igarashi's iaito is excellent!<br><br>Here is the seminar announcement as it appeared in the email list:<br>Quote:<br>The Musoshindenryu Iaido - Moorhead Dojo in association with the Midwest Kendo Federation (MWKF) is happy to announce our first annual IAIDO seminar in Moorhead, Minnesota on July 29, 30 & 31, 2011. Instruction will be provided by the AUSKF via the AUSKF visiting instructor program. Instructors will be announced as those details are finalized.<br><br>The seminar will focus on Iaido - fundamentals, and kata, but will also feature a couple of sessions of Kendo keiko. One track of instruction will be an "Introduction to Iaido" that will teach beginning Iai practitioners or Kenshi that do not yet practice Iaido the basics needed to start learning Iaido; and there will be a second parallel track of instruction with a focus on Iaido for current practitioners. A complete (tentative) schedule can be seen on the Schedule of Events page. |

> The seminar is open to anyone - of all levels of Iaido experience.
> There is a separate fee structure for members of the AUSKF / CKF.
> Participants who are not members of the Kendo Federation who wish to
> join, may do so at the seminar. The cost of membership in the AUSKF is
> $40/year.
>
> Attendees are encouraged to register online and there is a discount
> for pre-payment.
>
> The seminar will be held at Concordia College, in Moorhead MN, and
> affordable on-campus accommodations are available. More information on
> the location and lodging can be seen on the Venue page.
>
> There will be vendors from Nosyudo of Seki Japan, SDK Supplies and
> ProSwords both of Canada offering a selection of iaito, steel iaito,
> and gear.
>
> The local site organization is being handled by Mr. Bradley Anderson,
> head instructor of the Muso Shinden Ryu Iaido Moorhead Dojo.
>
> Complete seminar details can be seen at: http://seminar.musoshindenryu.com.
>
> Your attendance will help make this event a success!

Emily Egan
Clear Lake Iaido
http://clear-lake-iaido.com/

Tue Apr 19, 2011 6:44 am    Profile   Pm   Email   Www

**Scott Irey**

Post subject:                                                                    Quote

Joined: 09 Aug 2005
Posts: 29
Location: Seattle, WA. USA
Dojo: Hokusei Tai Dojo
Instructor: Sato Yoshio

Unfortunately as soon as Rick Polland of Swordstore.com gets wind of this the seminar organizers are going to get a letter from his lawyers. I am somewhat familiar with the legal issue between Mr. Polland and Nosyudo and with only a couple of exceptions anyone selling Nosyudo products in the US risks having the merchandise seized.

Scott Irey

Sat May 07, 2011 8:45 pm    Profile   Pm   Www

**Emily Egan**

Post subject:                                                                    Quote



Welcome back to the forum! You have been missed.

Regarding Noshu, I've heard from several sources that the binding contract between the two parties has expired, and thus overseas sales have resumed.

Emily Egan
Clear Lake Iaido
http://clear-lake-iaido.com/

Joined: 13 Jul 2005
Posts: 489
Location: Friendswood, Texas
Dojo: Clear Lake Iaido
Instructor: John Ray

Sun May 08, 2011 6:09 pm    Profile   Pm   Email   Www

**Jon Andresen**

Post subject:                                                                    Quote

It is also my understanding (first hand) that they can sell here again, and are doing so on a limited basis. I'm glad they are back. As an aside, the group in MN that gave rise to this thread sells ad space in their seminar program. Since the price is very reasonable and the group seems nice and legit American Art Swords has taken out a small ad.



Jon Andresen, Ph.D.
Assistant Professor
University of Missouri-Kansas City,
School of Medicine
Kansas City, MO 64108
Cell# 816-529-1162
www.gingadojo.org
www.american-art-swords.com

Joined: 14 Jul 2005
Posts: 132
Location: Kansas City, MO
Dojo: Ginga Dojo
Instructor: Emily Egan

Sun May 08, 2011 9:07 pm

Profile   Pm   Email   Www

**Scott Irey**

Post subject:                                                                 Quote

Joined: 09 Aug 2005
Posts: 29
Location: Seattle, WA. USA
Dojo: Hokusei Iai Dojo
Instructor: Sato Yoshio

> Emily Egan wrote:
> Welcome back to the forum! You have been missed.
>
> Regarding Noshu, I've heard from several sources that the binding contract between the two parties has expired, and thus overseas sales have resumed.

Thanks Emily 🙂 I have been out beyond the range of radar for a couple years but am making my way back to civilization now 🙂

True the contract between Nosyudo and Swordstore has ended, but unfortunately the findings of the federal courts against Nosyu are in effect. Nosyu owes significant damages to Swordstore and my understanding is that USCIS is supposed to confiscate any shipments from Nosyudo coming into the USA. There are a few exceptions, and I doubt USCIS has this as any kind of priority...BUT... if it is advertised and Swordstore is made aware of the advertisment they will contact USCIS and have anything confiscated that they can.

Granted this is my opinion, but it is based off of several conversations with Rick Polland of Swordstore and reading the judgement against Nosyu.

Scott Irey

Mon May 09, 2011 1:03 pm

Profile   Pm   Www

**Ron Udo**

Post subject:                                                                 Quote

Joined: 18 Jul 2005
Posts: 87
Location: League City, TX
Dojo: Clear Lake Iaido
Instructor: Emily Egan Sensei

Bradley Anderson is fairly active on Swordforum.com, and I ran into this post on the Modern Production Katanas community...

"If people are interested, Nosyudo from Seki, Gifu Japan, NOT Nosyuiado which is Swordstore, is now available again for sale in the US. People interested in purchasing or ordering their Iaito can contact me directly via PM.
Brad"

It is in the thread... Thread: Tozando Premium N-line Iaito

I've tried to find an English language website for placing orders, but all I could find was the Japanese site. I don't know how Mr. Anderson is able to make this offer, he may have ties to Mr. Igarashi... they are both active in the Muso Shinden community

Sat May 21, 2011 9:49 am

Profile   Pm   Email

**Jon Andresen**

Post subject:                                                                 Quote



Joined: 14 Jul 2005
Posts: 132
Location: Kansas City, MO
Dojo: Ginga Dojo
Instructor: Emily Egan

Ron,

Brad Anderson is not the only one. You can place an order directly. I have a catalog and so does Emily sensei complete with cheat sheet that has English translations for the most popular iaito choices. If you, or anyone else, would like to place an order I can help. I have extensively dialogued with Nosyudo and am familiar with their lineup. They actually have several not obvious options at any level of sword. Anyway, when I have students that need an iaito I strongly suggest that they order from Nosyudo.

Jon Andresen, Ph.D.
Assistant Professor
University of Missouri-Kansas City,
School of Medicine
Kansas City, MO 64108
Cell# 816-529-1162
www.gingadojo.org
www.american-art-swords.com

Sun May 22, 2011 4:41 am    Profile   Pm   Email   Www

---

**Javier Barnes**                  Post subject:                                    Quote

I would like to order an iaito from Nosyudo. 😊

Joined: 28 Jan 2011
Posts: 3
Location: Krum
Dojo: Denton Dojo
Instructor: John Ray

Mon May 23, 2011 11:21 am    Profile   Pm

---

**Ed Harris**                      Post subject:                                    Quote

Bradly Anderson has updated the forum thread at: http://www.swordforum.com/forums/showthread.php?104153-Tozando-Premium-N-line-iaito

Joined: 04 Aug 2010
Posts: 1
Location: Cross Roads, tx
Dojo: Denton Dojo
Instructor: John Ray

He has provided online catalog and a cheat sheet for ordering. His post update was:
"Hi again,
A scan of the catalog is available at http://nosyudo.musoshindenryu.com/catalog.pdf
A brief English explanation and price guide at http://nosyudo.musoshindenryu.com/explanation.doc

Hope that helps! "

Just what I need, more stuff to daydream about! 😊

Fri May 27, 2011 8:31 am    Profile   Pm

---

**Emily Egan**                     Post subject:                                    Quote



Thank you for the links. 😊

Emily Egan
Clear Lake Iaido
http://clear-lake-iaido.com/

Joined: 13 Jul 2005
Posts: 489
Location: Friendswood, Texas
Dojo: Clear Lake Iaido

**Instructor:** John Ray

Fri May 27, 2011 10:22 am

Profile   Pm   Email   Www

**Scott Irey**

Post subject:   Quote

Joined: 09 Aug 2005
Posts: 29
Location: Seattle, WA, USA
Dojo: Hokusei Iai Dojo
Instructor: Sato Yoshio

If one can order safely now that is a good thing. But I am still not convinced. I will see if I can find out anything in regards to the judgement.

Scott Irey

Wed Jun 01, 2011 11:03 pm

Profile   Pm   Www

**Scott Irey**

Post subject:   Quote

Joined: 09 Aug 2005
Posts: 29
Location: Seattle, WA, USA
Dojo: Hokusei Iai Dojo
Instructor: Sato Yoshio

Well, I have done my research and it is as I suspected. The contract has expired and sure enough Nosyudo can resume sales in the US through whoever it would like to represent them. HOWEVER the judgment against Nosyudo stands and will stand until the settlement is paid in full. This means in theory that anyone acting as an agent for Nosyudo may find themselves inadvertently lumped in with Nosyudo and have merchandise seized. I suppose in theory it also means assets could have a lien placed against them or wages garnished (just a though coming from the IRS collection guy inside of me) IF and I say IF you are planning to purchase from Mr. Igarashi be very careful... that means don't spread the word. And I would suggest not dealing with anybody who is making public announcements about their dealings with Nosyudo.

Scott Irey

Thu Jun 02, 2011 2:40 pm

Profile   Pm   Www

**Scott Irey**

Post subject:   Quote

Joined: 09 Aug 2005
Posts: 29
Location: Seattle, WA, USA
Dojo: Hokusei Iai Dojo
Instructor: Sato Yoshio

This is my last post on this subject, perhaps my last post on this forum... we shall see.

I have made the previous posts in an honest attempt to protect some people I truly respect and like from getting themselves mixed up in a very ugly legal situation as well as to try and protect the interests of swordstore.com. I am no longer affiliated with swordstore and Rick Polland and I have not been on speaking terms with Rick for quite a few years. I broke my silence with Rick to warn him about someone openly selling Nosyudo products. I posted here what I felt would adequately protect a few people here as well as Rick's interests. Why protect Rick's interests? A couple reasons: 1: I more than anyone (aside from Rick himself) know what happened between Nosyudo and Swordstore... Igarashi IS the bad guy. He screwed Rick, threatened his livelihood and made made gangland like implied threats towards Rick and his family. 2: A few years ago I took a public oath to protect and uphold the laws of the United States and it is an oath I take VERY seriously. Protecting the interests of Rick Polland are directly conected to this oath.

Why protect the interests of the folks here? Although I have been absent for a few years I have always considered those of you who know me as close friends. In my conversation with Rick he very clearly stated that if anybody buying from Nosyudo is somebody I consider a friend I should give them a heads up. I would hate to see anybody here get involved in this mess so I followed Ricks advice and passed it on and did not give Rick the names of anybody here who may or may not have purchased from Nosydo.

I know there is no stopping anybody who wants to buy from Nosyudo from doing so. So my advice to those who insist on taking the risk was to keep it quiet. That is the end of my involvement.

That being said, I considered everything I wrote here to be in confidence as this is a private forum for a very select group. Unfortunately it appears that what is said here is not for this group only. I just received a nasty phone message from Rick Polland regarding what I have written here. I know I did not contact him in secret and tell him what Scott Irey wrote so that means there is what is commonly referred to as a "Rat" lurking on this forum. It also means that the names I would never give Rick Polland in regards to this thread have probably been given to Rick. So if a US customs agent or county sheriff comes knocking on your door regarding Nosyu products please know that I did not give them your name.

Now in all fairness whoever contacted Rick may have had good intentions and may not have meant any harm but I do know Rick pretty well and he is happy to utilize "spies" (I know, since he used to refer to me as a swordsotre.ninja) on forums and in other groups. So my first thought is spy.

I will contemplate my further activity on this board. I am not comfortable writing posting things here knowing it can and may be passed onto folks outside this forum. Of course I also understand that my presence will probably not be missed.

Warmest regards,

Scott Irey

Sun Jun 05, 2011 5:41 pm

Profile   Pm   Www

**Jon Andresen**

Post subject:                                                                                   Quote



Thanks for your posts Scott. While there may be a "rat" on the forum it is far more likely that information from this thread was obtained via google search. For some time now it has been known that our forum is not secure and that it comes up in google searches. Don't know about other search programs. Thus, everyone here is advised to consider carefully what they post.

Joined: 14 Jul 2005
Posts: 132
Location: Kansas City, MO
Dojo: Ginga Dojo
Instructor: Emily Egan

We are glad you are back and hope be that you stick around.

Jon Andresen, Ph.D.
Assistant Professor
University of Missouri-Kansas City,
School of Medicine
Kansas City, MO 64108
Cell# 816-529-1162
www.gingadojo.org
www.american-art-swords.com

Sun Jun 05, 2011 5:57 pm

Profile   Pm   Email   Www

Display posts from previous: [ All Posts ]  [ Oldest First ]

New Thread  Post Reply    Muso-Jikiden-Eishin-Ryu.org Forum Index -> Iaido related products          All times are GMT - 6 Hours

Page 1 of 1

Watch this topic for replies

Jump to: [ Iaido related products ]

You can post new topics in this forum
You can reply to topics in this forum
You can edit your posts in this forum
You can delete your posts in this forum
You can vote in polls in this forum

MSSimplicity Theme © Matt Sims 2004
Original Simplicity theme created for vB by Dominic Jacob, ported to phpBB with permission
Powered by phpBB © 2001, 2002 phpBB Group

RECEIVED
U.S. MARSHALS
BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2011 JUL 12  P 1: 25

Case No.: S 01-02855

WRIT OF EXECUTION

Amount of Judgment $1,545,338.40

CUTTING EDGE TECHNOLOGIES

    Plaintiff/
    Judgment Creditor

NOTICE TO JUDGMENT DEBTOR
& GARNISHEE/ATTACHEE: FEDERAL
AND STATE EXEMPTIONS MAY BE
AVAILABLE TO YOU

    v.

NOISIYADO

    Defendant/
    Judgment Debtor

UNITED STATES, STATE OF MARYLAND, TO WIT:

TO:  NOISIYADO
      c/o Keiji Igarashi, President
      1-8-9 Sannoudouri, Seki City
      Gifu, Japan 501-32

SERVER: ANY OFFICER, DIRECTOR
OR AUHTORIZED AGENT

TO THE GARNISHEE/ATTACHEE:

    You are hereby directed to surrender the property of the judgment Debtor named above subject to further proceedings in this Court. You MUST FILE A WRITTEN ANSWER within 30 days after service of this Writ on you. Failure to do so may result in judgment by default being entered against you, the garnishee/attachee.

    (Note: The answer shall admit or deny that the garnishee/attachee is indebted to the judgment debtor or has possession of property of the judgment debtor and shall specify the amount and nature of any debt and describe any property. The garnishee/attachee may assert any defense that the garnishee/attachee may have to the property executed upon, as well as any defense that the judgment debtor could assert. After answering, the garnishee/attachee may pay any garnished indebtedness into the court and may deliver to the U.S. Marshall any property, which shall then be treated as if I levied upon by the U.S. Marshall.)

TO THE JUDGMENT DEBTOR:

You are hereby notified of the right to contest the Executed Property by FILING A *WRITTEN* MOTION asserting a defense or an objection.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: 7/12/2011         Felicia C. Cannon
                                    CLERK
                                              *[signature]*
                                              Deputy Clerk