This is a list of the items Marc Polland seized on 7/30/2011 @ approximately 8:30am:

| Item | Price Listed on Item |
|---|---|
| 1 Bag of Pummel Wrap Fittings or Sageo | Unknown Price/None Listed |
| 3 Bags of Black Sashes @ $60.00 | $180.00 |
| 3 Bags of Sword Cases @ $60.00 | $180.00 |
| 3 Bags of Sword Cases @ $65.00 | $195.00 |
| 1 Bag of a Sword Case @ $125.00 | $125.00 |
| 6 Swords (Descriptions Below) | $4250.00 |
| **TOTAL** | **$4930.00** |

Sword Descriptions (As Labeled On Sword)

| 2 | 3 | 4 |
|---|---|---|
| 16325 | 16326 | 16327 |
| Shoden 27-M | Shoden 15-M | Shoden 16-M |
| 2-4-0 (72.7cm) | 2-5-9 (78.5cm) | 2-4-5 (74.2cm) |
| 745g | 950g | 930g |
| Ivy | Ivy | Ivy |
| Butterfly | Butterfly | Butterfly |
| Yatsumokko | Shihosukashi | Mokko Edohigo |
| Plastic White | Plastic White | Plastic White |
| Cotton | Cotton | Cotton |
| Black | Black | Black |
| Black Ishime (SY-02) | Black Ishime (SY-02) | Black Ishime (SY-02) |
| Plain brass | Plain Brass | Palin Brass |
| Notare (HM-03) | Notare (HM-03) | Notare (HM-03) |
| $600 | $700 | $650 |

| 5 | 6 | 7 |
|---|---|---|
| 16328 | 16329 | 16330 |
| Shoden 17-M | Chuden-M | Chuden-M |
| 2-5-0 (75.8cm) | 2-4-5 (74.2cm) | 2-5-0 (75.8cm) |
| 920g | 925g | 930g |
| Ivy | Bamboo (KY-89) | Kikusui (KY-48) |
| Butterfly | Bamboo Leaves (MY-67) | Ichirin Kiku (MY-20) |
| Yatsumokko | T-105 (Bamboo Leaves) | Sakura/Kiku Sukashi |
| Plastic White | Real White | Real White |
| Cotton | Cotton | Cotton |
| Black | Dark Blue (Tetsukon) | Black |
| Black Ishime (SY-02) | Black Ishime (SY-02) | Black Glossy (SY-01) |
| Plain Brass | Plain Brass | Plain Brass |
| Notare (HM-03) | Suguha (HM-02) | Gunome (HM-01) |
| $700 | $800 | $800 |

Inventory of items seized from Bradley Anderson
Writ of Execution - Case# 1:01-cv-02855-FNS - Document 56
8/19/2011